**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

BRODERICK D. ALLEN                                                                    PLAINTIFF
ADC #133084

v.                                        No. 4:09CV00406 JLH/JTR

DOES, Park Plaza Mall Security Guard,
Chief & Security Officer of Loss Prevention,
Store Manager for Dillards Department Store,
Arkansas State Police Officer,
Pulaksi County Sheriff's Department Officer;
and METCALF, Little Rock Police Department Officer                DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended  Disposition submitted

by United States Magistrate Judge J. Thomas Ray.  No objections have been filed.  After careful

review, the Court concludes that the Proposed Findings and Recommended Disposition should be,

and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.      Pursuant to the screening function mandated by 28 U.S.C. § 1915A, this case be

DISMISSED, WITH PREJUDICE, because it is barred by the statute of limitations.

2.      Dismissal of this action CONSTITUTES a "strike," as defined by 28 U.S.C.

§ 1915(g).

3.      The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis*

appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 30th day of July, 2009.

_____
UNITED STATES DISTRICT JUDGE